# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE TRUJILLO, | |
|     Plaintiff, | |
| v. | 2:15-cv-01362-MMD-PAL |
| R. BRUCE BANNISTER et al., | **ORDER** |
|     Defendants. | |

On March 25, 2016, the parties engaged in an inmate early mediation conference and reached a settlement. (ECF No. 7). On April 7, 2016, the Attorney General's Office filed a status report indicating that Plaintiff refuses to sign the settlement agreement or stipulation to dismiss. (ECF No. 9 at 1). The Attorney General's Office stated that, if the parties were unable to informally work through "the current procedural morass," it would file the necessary pleadings to continue its defense in this matter. (*Id.* at 2). The Court now directs the Attorney General's Office to file an updated status report in this matter on or before Wednesday, May 25, 2016.

For the foregoing reasons, IT IS ORDERED that the Attorney General's Office shall file an updated status report in this matter on or before Wednesday, May 25, 2016.

DATED: This 12th day of May, 2016.

_____
United States Magistrate Judge