UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JORGE TRUJILLO,

        Plaintiff,

vs.

R. BRUCE BANNISTER, et al.

        Defendants.

District No.   2:15-cv-1362-MMD-PAL

**ORDER TEMPORARILY UNSEALING RECORDING**

On April 26, 2016, this court received a transcript order form requesting Transcript of a mediation conference held on March 25, 2016, from the Nevada Attorney General's Office, counsel for Defendants.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendants' Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk until further order of this court.  Defendants' Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 20th day of May, 2016.

_____
Peggy A. Leen
United States Magistrate Judge