# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE TRUJILLO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>R. BRUCE BANNISTER, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01362-MMD-PAL<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 37.) This Court certifies that Plaintiff's appeal from its order enforcement the settlement agreement and dismissing this case is not frivolous and his *in forma pauperis* should continue on appeal.

DATED THIS 25th day of August 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1